Opinion PER CURIAM.

---

# The State *v.* Taylor.

APPEAL from order of Judge of Probate of Coffee County.
Heard before the Hon. F. M. RUSHING.

MASSEY WILSON, Attorney-General, for the State.

J. F. SANDER, for appellee.

The appeal in this case is from an order of the judge of probate of Coffee county on *habeas corpus* proceedings, discharging the petitioner. The judgment is affirmed on the authority of *State v. Smith, ante.* p. 111.

Opinion by McCLELLAN, C. J.

---

# Whaley *v.* The State.

APPEAL from the Circuit Court of Barbour County.
Tried before the Hon. A. A. EVANS.

CHAS. S. McDOWELL, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Levi Whaley, was indicted, tried and convicted for living in adultery with Mary Della Rice.
The judgment of conviction is affirmed.